**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                CASE NO: 8:03-cr-340-T-26

JAVOL IVAN RENDON-TORRES
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Motion for a

Reduction of Sentence Pursuant to Federal Rule of Criminal Procedure 35(b) (Dkt. 227) is

denied because the Government has not filed a motion for a sentencing reduction.

**DONE AND ORDERED** at Tampa, Florida, on May 24, 2012.


_____s/Richard A. Lazzara_____
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**


<u>COPIES FURNISHED TO</u>:
Counsel of Record